Reymond E. Yammine
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
Reymond.Yammine@klgates.com
*Attorneys for Plaintiff NETGEAR, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NETGEAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHOICE ELECTRONICS INC.,<br><br>Defendants. | **Case No. 2:26-cv-02358-ES-AME**<br><br>**Currently pending in:**<br><br>**United States District Court for the Northern District of California**<br><br>**Case No. 3:25-cv-02601**<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff NETGEAR, Inc., by its attorneys K&L Gates LLP, hereby discloses and certifies as follows:

NETGEAR, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: March 11, 2026

*/s/ Reymond E. Yammine*
Reymond E. Yammine
(Attorney No. 306962019)
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
Reymond.Yammine@klgates.com
*Attorneys for Plaintiff NETGEAR, Inc.*