KOFFSKY SCHWALB LLC

**Tal S. Benschar**
tbenschar@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

March 27, 2026

**VIA ECF**

Hon. André M. Espinosa
United States Magistrate Judge
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, NJ 07102

Re: *Netgear, Inc. v. Choice Electronics Inc.*
No. 2:26-cv-02358-ES-AME

Dear Judge Espinosa:

This is a satellite action to enforce a subpoena. The case is pending in the Northern District of California, Case No. 5:25-cv-00045. The undersigned represents a New Jersey company that is the recipient of a subpoena from the plaintiff.

Defendant Choice Electronics Inc. classifies its supplier information, including the identity of the Non-Party Supplier that is the subject of the subpoena, as trade secret information. Plaintiff filed a motion to enforce the subpoena. The motion has been filed under seal, with a version that redacts the Supplier name also filed. (ECF Nos. 1 and 2). A motion to seal has also been filed by Plaintiff. (ECF No. 4)

On March 24, 2024, the undersigned filed an opposition to the motion to enforce. (ECF No. 7) To avoid unnecessary sealing, I identified the responding party as "Supplier." However, the name of Supplier was inadvertently included on certain pages of the opposition, that quote portions of the subpoena.

To preserve the trade secret, I requested that the Clerk place the that document under seal. I am informed that this has been done. The Clerk instructed me to seek leave to seal and to file a redacted version of the document.

Accordingly, it is respectfully requested that the Court grant leave to file a redacted version of the document, ECF No. 7. In terms of the sealing, Supplier relies upon the motion to seal by Plaintiff, and any further submissions on that motion. It is thus further requested that whatever the Court rules on that motion should apply to ECF No. 7.

Respectfully Submitted,

Tal S. Benschar