Reymond E. Yammine
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
P: (973) 848-4000
F: (973) 848-4001
Reymond.Yammine@klgates.com
*Attorneys for Plaintiff NETGEAR, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NETGEAR, INC.,<br><br>Petitioner,<br><br>v.<br><br>CHOICE ELECTRONICS INC.,<br><br>Respondent. | Civil Action No. 2:26-cv-02358-ES-AME<br><br>Hon. André M. Espinosa, U.S.M.J.<br><br>**Currently pending in:**<br><br>**United States District Court for the Northern District of California Case No. 3:25-cv-02601**<br><br>**MOTION FOR REYMOND E. YAMMINE TO WITHDRAW AS COUNSEL**<br><br>**Motion Day: November 2, 2026** |

**PLEASE TAKE NOTICE** that, on November 2, 2026, or as soon thereafter as the parties may be heard by the Court, pursuant to Local Civil Rule 102.1, counsel for Plaintiff NETGEAR, INC., will move before the Hon. André M. Espinosa, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an order in the form submitted herewith granting the motion for Reymond E. Yammine to withdraw as counsel.

**PLEASE TAKE FURTHER NOTICE** that in support hereof, Plaintiff will rely on the letter brief filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order has been filed herewith.

Dated: October 1, 2026

**K&L GATES LLP**

*/s/ Reymond E. Yammine*
Reymond E. Yammine
One Newark Center, 10th Floor
Newark, New Jersey 07102
P: (973) 848-4000
F: (973) 848-4001
Reymond.Yammine@klgates.com
*Attorneys for Plaintiff NETGEAR, Inc.*