K&L GATES

October 1, 2026

Reymond E. Yammine
Associate
Reymond.Yammine@klgates.com

T +1 973 848 4127
F +1 973 848 4001

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
United States District Court
for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, New Jersey 07102

**Re: *NETGEAR, Inc. v. Choice Electronics, et al.*, 2:26-cv-02358-ES-AME**

Dear Judge Espinosa:

My office represents Plaintiff NETGEAR, Inc. in the captioned matter. Please accept this letter brief in lieu of a more formal submission in support of the Motion for Reymond E. Yammine to Withdraw as Counsel.

I respectfully request that the Court grant the motion and permit me to withdraw as counsel, because I will not be continuing my employment with K&L Gates LLP and I will no longer be acting as counsel for Plaintiff. Patrick J. Riley, who is admitted to practice before this Court, will remain as counsel for Plaintiff alongside Morgan T. Nickerson, who has been admitted *pro hac vice* to this matter.

My withdrawal will have no effect on the deadlines in this action and will not prejudice any party. Please do not hesitate to contact me with any questions. I appreciate Your Honor's attention to this matter.

Respectfully,

Reymond E. Yammine